IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | | **Criminal No: CCB-18-0289** |
| | * | |
| **RODY BOWDEN** | | |
| | * * * * * | |

## MOTION TO SUBSTITUTE COUNSEL

Paul D. Hazlehurst, Esquire, at the direction of the defendant, hereby moves this Honorable Court, pursuant to Title 18, Section 3006A(c) of the United States Code to permit him to withdraw as counsel and appoint substitute counsel on the grounds that there is a breakdown in communication between undersigned counsel and the defendant.

Respectfully submitted,

_____/s/_____
Paul D. Hazlehurst, Esquire
Bar No: 08156
11350 McCormick Road
Executive Plaza II, Suite 705
Hunt Valley, MD 21031
(410) 773-9610
Paul@lawpdh.com

## Certificate of Service

      I hereby certify that on this 8th day of December, 2019, a copy of the foregoing motion was delivered via ECM/CF to the office of Zachary Myers, Assistant United States Attorney for the District of Maryland,

                                          /s/
                                   Paul D. Hazlehurst
                                   Assistant Federal Public Defender